**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARY BETH MORGAN,

          Plaintiff,

-vs-                                  Case No.  3:12-cv-32-J-99MMH-TEM

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

          Defendant.
_____

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Thomas E. Morris' Report and Recommendation (Dkt. No. 64; Report), entered on August 22, 2012. In the Report, Magistrate Judge Morris recommends that Plaintiff's Motion Regarding Choice of Law (Dkt. No. 14) be denied to the extent that it requests the Court ultimately find that Georgia law applies to this action, and that Defendant's Motion to Stay (Dkt. No. 10) be granted. See Report at 15. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 64) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion Regarding Choice of Law (Dkt. No. 14), which requests the Court determine that Georgia law applies to this action, is **DENIED**. Under Georgia choice of law principles, Florida law will govern this action.

3. Defendant's Motion to Stay (Dkt. No. 10) is **GRANTED**.

4. This case is **STAYED** until the underlying Milton lawsuit is resolved.

5. The parties are directed to file a status report on **December 28, 2012**, and every **NINETY (90) DAYS** thereafter until the underlying action is resolved.

6. The Clerk of the Court is **DIRECTED** to terminate any pending motions or deadlines and administratively close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 25th day of September, 2012.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Thomas E. Morris
United States Magistrate Judge

Counsel of Record